In the Matter of the Claim of JOHN H. EATON, Respondent, against WEBSTER MOTORS OF GLEN FALLS, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill,
P. J., Crapser, Bliss, Heffernan and Schenck, JJ.